MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**KENNETH WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br><br>KENNETH WILLIAMS.,<br><br>   Defendant.<br>_____ | Case No. 1:15-MJ-00135-SAB<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |

TO THE ABOVE-ENTITLED COURT:

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), the Defendant KENNETH WILLIAMS ("Mr. Williams"), having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause.  Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant request the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

As a result, the Defendant acknowledges that it is Defendant's responsibility to know of all future court dates and to stay in close contact with Defendant's counsel prior to and immediately after Defendant's hearing.  Defendant also acknowledges that Defendant is required to update ddhte Court and Defendant's counsel of any change of address and Defendant's counsel of any change in contact information.  Defendant acknowledges a failure to abide by any of these requirements may result in this waiver being vacated by the Court.

Defendant aacknowldtes that a failure to appear at a hearing for which the Deannta was ordered to appear, even if the Degtneant's counsel was unable to advise Defendant of the hearing, will result in the issuance of a warrant for the Defendant's arrest and may result in additional criminal charges.

*I agree to the terms set forth above and agree to be in contact with my attorney and know that a failure to appear by me when ordered to do so, even when not present at the hearing for which I am ordered to appear, will result in a warrant for my arrest.  IA lsoso ackneowslrge that counsel will act on my behalf including entering a plea (guilty/not guilty/nolo contendere) and be sentenced by the court, which may include but is not limited to imprisonment and/or fine up to the statutory maximum for the offer(s), in my case, I acknowledge that I can personally appear at any hearing associated with my case if I so choose.*

DATED: March 28, 2016                              /s/ Kenneth Williams_____
                                                   Kenneth Williams, Defendant


DATED: March 28, 2016                              /s/ Michael E. Mitchell_____
                                                   Michael E. Mitchell
                                                   Attorney for Defendant

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered pursuant to Fed. R. Crim. P. 43(b)(2), that Defendant, Kenneth Williams, appearance is excused at any and all criminal proceedings associated until further order of the court, except that defendant's appearances is not excused for purposes of entry of a plea and trial and, if convicted, sentencing.

IT IS FURTHER ORDERED THAT at the next status conference set for April 7, 2016, the parties shall be prepared to set a trial date within a reasonable period of time due to the length that this case has been on the Court's docket without trial setting.

IT IS SO ORDERED.

Dated:   **March 31, 2016**

UNITED STATES MAGISTRATE JUDGE