# UNITED STATES DISTRICT COURT
## Eastern District of California
# Petition For Violation of Probation

**Name of Offender:**   KENNETH WILLIAMS     **Docket Number:**   1:15MJ00135-SAB

**Name of Judicial Officer**:   United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:**   5/19/2016

**Original Offense:** 36 C.F.R. 4.2 and CVC 14601.2(a), Operating a Motor Vehicle While Drivers License is Suspended for Operating a Motor Vehicle Under the Influence of Alcohol or Drugs in Violation of California Vehicle Code section 14601.2(a); and 36 C.F.R. 4.22(b)(1), Operating a Motor Vehicle Without Due Care and With Excessive Speed

**Original Sentence:**   15 days Bureau of Prisons; 36 months unsupervised probation, $10 special assessment; $1,000 fine

**Special Conditions:**   1) The defendant's probation shall be unsupervised; 2) The defendant shall obey all federal, state and local laws; 3) The defendant shall notify the court and, if represented by counsel, counsel of any change of address and contact number; 4) The defendant shall pay a fine of $1,000 and a special assessment of $10, for a total obligation of $1,010, which shall be paid at the rate of $50 per month commencing on June 15, 2016; 5) The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a total of 15 days; 6) The defendant is ordered to appear for a review hearing that has been set for May 4, 2017. A status report regarding the defendant's performance on probation shall be filed two weeks before the review hearing; and 7) Pursuant to 18 USC 3572(d)(3), while on probation and subject to any financial obligation of probation, defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

**Type of Supervision:**   Unsupervised by Probation Office

**Date Supervision Commenced:**   5/19/2016

**Other Court Actions:** None

| Charge Number | Nature of Violation |
| --- | --- |
| 1. | The defendant failed to pay his fine and special assessment. |
| 2. | The defendant failed to notify the Court of change in financial circumstances. |

Page **1** of **2**                                                                                                          PROB 12C
                                                                                                                                                           (07/13)

RE: KENNETH WILLIAMS                             Docket Number: 1:15MJ00135-SAB

3. On December 14, 2016, the defendant was arrested for a violation of Violation of Court Order to Prevent Domestic Violence and Battery on Spouse or Ex Spouse.
4. On December 19, 2016, under Fresno County Superior Court Case number M16931414, the defendant was convicted for Criminal Contempt of Court and sentenced to 12 days jail and a fine.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:** **May 22, 2017**
**Fresno, California**

Respectfully submitted,
**/s/ Tim D. Mechem**

**TIM MECHEM**
**Supervising United States Probation Officer**
Telephone: 559-499-5731

**DATED:** 5/22/2017

Reviewed by,
**/s/ Brian J. Bedrosian**

**Brian Bedrosian**
**Supervising United States Probation Officer**

RE: KENNETH WILLIAMS　　　　　　　　　　**Docket Number:** 1:15MJ00135-SAB

**THE COURT ORDERS:**

☐ The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a request for Warrant or Summons

X　Other.  Defendant is ordered to appear on May 31, 2017 at 8:30 am.  The defendant is ordered to appear.  The issuance of the warrant shall be stayed pending the May 31 hearing.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:  **May 22, 2017**　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE