Case 1:15-mj-00135-SAB   Document 28   Filed 07/28/17   Page 1 of 4

AO 245D-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KENNETH W WILLIAMS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: **1:15MJ00135-001**<br>Defendant's Attorney: Mike Mitchell, Retained |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of Charges   One, Two, Three and Four   as alleged in the violation petition filed on   5/22/2017  .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:
**See next page.**

The court:   [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   5/19/2016  .

     The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

     **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

     It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/27/2017
Date of Imposition of Sentence

*/s/ Stanley A. Boone*

Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
7/28/2017
Date

Case 1:15-mj-00135-SAB   Document 28   Filed 07/28/17   Page 2 of 4

AO 245D-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT:**KENNETH W WILLIAMS**
CASE NUMBER:**1:15MJ00135-001**

Page 2 of 4

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | The defendant failed to pay his fine and special assessment | |
| Charge Two | The defendant failed to notify the Court of change in financial circumstances | |
| Charge Three | On December 14, 2016, the defendant was arrested for a violation of Violation of Court Order to Prevent Domestic Violence and Battery on Spouse of Ex Spouse | |
| Charge Four | On December 19, 2016, under Fresno County Superior Court Case Number M16931414, the defendant was convicted for Criminal Contempt of Court and sentenced to 12 days jail and a fine. | |

AO 245-CAED(Rev. 11/2016) Sheet 2 - Imprisonment

DEFENDANT:**KENNETH W WILLIAMS**                                                                 Page 3 of 4
CASE NUMBER:**1:15MJ00135-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
9 days (to be served on a Monday through Wednesday for 3 consecutive weeks starting on consecutive Mondays each by 10:00 a.m. at the Fresno County Jail).

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [ ] The court makes the following recommendations to the Bureau of Prisons:

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
    - [ ] at ___ on ___.
    - [ ] as notified by the United States Marshal.

- [✓] The defendant shall surrender for service of sentence at the Fresno County Jail:
    - [✓] before  10:00 AM  on  8/21/2017 .
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Officer.

    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

 

 

 

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal

AO 245-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **KENNETH W WILLIAMS**                                                                                                                    Page 4 of 4
CASE NUMBER: **1:15MJ00135-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>36 months to expire on 8/27/2020</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 9 days.
5. The Defendant shall complete a 10 week Anger Management course.
6. The Defendant is ordered to personally appear for a Probation Review Hearing on 6/18/2018 at 10:00 am before U.S. Magistrate Judge Stanley A. Boone. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.
7. The Defendant shall complete 40 hours of community service. The Defendant shall perform and complete the community service hours by 12/1/2017.
8. Other: The defendant shall seek and maintain employment.