# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. WILLIAMS,<br><br>Defendant. | Case No. 1:15-mj-00135-SAB<br><br>ORDER |

On July 28, 2017, Defendant Kenneth W. Williams was sentenced on a violation petition to 36 months of unsupervised probation. (ECF No. 27.) Defendant was to serve 9 days in custody; complete 40 hours of community service by December 1, 2017; seek and retain employment; and complete 10 weeks of anger management. (Id.) A probation review hearing is set for June 18, 2018, at 10:00 a.m. before the undersigned. (Id.)

On December 4, 2017, Defendant's counsel filed a motion to withdraw as attorney of record. (ECF Nos. 29, 30.) On December 13, 2017, an amended motion was filed; and the hearing on the motion was continued to February 15, 2018, at 10:00 a.m. (ECF No. 32.) The Court notes that Defendant was currently appointed counsel and represented by the Federal Defender in this matter. Defense counsel shall be required to obtain and assist Defendant in completing a financial affidavit at the February 15, 2018 hearing.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall complete a financial affidavit prior to the February 15, 2018 hearing;
2. The Office of the Federal Defender shall appear on February 15, 2018, at 10:00 a.m.; and
3. The Clerk of the Court is directed to electronically serve a copy of this order on the Office of the Federal Defender.

IT IS SO ORDERED.

Dated: **January 22, 2018**

UNITED STATES MAGISTRATE JUDGE