# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-mj-00135-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING AMENDED MOTION TO BE RELIEVED AS ATTORNEY FOR DEFENDANT KENNETH WILLIAMS AND APPOINTING FEDERAL DEFENDER TO REPRESENT DEFENDANT WILLIAMS |
| v. | |
| KENNETH W. WILLIAMS, | |
| Defendant. | (ECF No. 29, 32) |

On July 28, 2017, Defendant Kenneth W. Williams was sentenced on a violation petition to 36 months of unsupervised probation. (ECF No. 27.) Defendant was to serve 9 days in custody; complete 40 hours of community service by December 1, 2017; seek and retain employment; and complete 10 weeks of anger management. (Id.) A probation review hearing is set for June 18, 2018, at 10:00 a.m. before the undersigned. (Id.)

On December 4, 2017, Defendant's counsel filed a motion to withdraw as attorney of record. (ECF Nos. 29, 30.) On December 13, 2017, an amended motion was filed; and the hearing on the motion was continued to February 15, 2018, at 10:00 a.m. (ECF No. 32.)

A hearing on counsel's motion to withdraw was held on February 15, 2018. Defendant was present with counsel Mark Mekhitarian specially appearing. Counsel Darin Rock appeared for the Government.

Rule 182 of the Local Rules of the Eastern District of California provides that

1

> Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

L.R. 182(d).

Here, counsel and the defendant entered into an agreement for Mr. Mitchell to provide representation in this matter until the completion of sentencing. (Decl. of Michael E. Mitchell ¶¶ 2, 3.) Mr. Mitchell provided representation and the defendant was sentenced on May 19, 2016 which completed his contractual duties. (Id. at ¶ 4.) Mr. Mitchell has continued to represent the defendant for review hearings, a probation violation and through sentencing on that violation. (Id. at ¶ 5.) Having satisfied the terms of the representation agreement, counsel seeks to be relieved as attorney of record.

Having considered the motion to withdraw and the argument and evidence presented at the February 15, 2018 hearing, the Court shall grant counsel's motion to withdraw and appoint the Office of the Federal Defender to represent Defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. Michael Mitchell's motion to withdraw as attorney of record is GRANTED; and
2. For the reasons stated on the record, the Office of the Federal Defendant is APPOINTED to represent Defendant Kenneth W. Williams in this action.

IT IS SO ORDERED.

Dated: __February 15, 2018__

UNITED STATES MAGISTRATE JUDGE