# IN THE UNITED STATES DISTRICT COURT
# For The
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-mj-135-SAB |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
| | ) **UNSUPERVISED PROBATION** |
| KENNETH W. WILLIAMS, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| **Convicted of:** | Violation of unsupervised probation |
|---|---|
| **Sentence Date:** | July 27, 2017 |
| **Review Hearing Date:** | June 18, 2018 |
| **Probation Expires On:** | August 27, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Serve 9 days in custody**

☒ **Complete 40 hours of community service**

☒ **Complete a 10-week anger management course**

☒ **Seek and maintain employment**

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.
- On January 5, 2018, Mr. Williams was arrested for violation of a protective order. The violation was subsequently dismissed.

☐ To date, Defendant has paid a total of
    ☐ If not paid in full when was last time payment:    Date:
                                                                                   Amount:

☒ Completed a 10-week anger management course

☒ Served 9 days in custody

☒ Completed 40 hours of community service

☒ Sought and maintained employment

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                                                     /s/ *Michael Tierney*
                                                   Michael Tierney
                                                   Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/18/2018 at 10:00 a.m.

    ☒ be continued to 12/13/2018 at 10:00 a.m.; or

    ☐ be vacated.

DATED: 6/6/2018                                          */s/ Andrew Wong*
                                                              DEFENDANT'S COUNSEL

# **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐     GRANTED.

☒     DENIED.

IT IS SO ORDERED.

Dated: **June 8, 2018**

                                                              UNITED STATES MAGISTRATE JUDGE