# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. WILLIAMS,<br><br>Defendant. | Case No. 1:15-mj-00135-SAB<br><br>ORDER REFERRING MATTER TO PROBATION FOR PREPARATION OF PROBATION VIOLATION REPORT |

Following a probation violation, Defendant Kenneth W. Williams was sentenced to 36 months of unsupervised probation to expire on August 27, 2020. (ECF Nos. 27, 28.) As conditions of probation, Defendant was to serve 9 days in custody "on a Monday through Wednesday for 3 consecutive weeks; self-surrender on August 21, 2017 at 10:00 a.m.; Probation is revoked; 40 hours of community service to be completed by 12/1/2017; seek and retain employment; complete 10 weeks of anger management." (ECF No. 27.) Defendant was also ordered to obey all federal, state, and local laws; notify the court of any change of address and contact number. (ECF No. 28 at 4.)

On June 18, 2018, a probation review hearing was held before the undersigned. Counsel Andrew Wong appeared with the defendant and counsel Michael Tierney appeared for the Government. The hearing was continued to July 12, 2018. Following the hearing, a conference was held with both counsel during which the Court was advised that there is an outstanding

1

warrant for the arrest of the defendant. In light of the information that a warrant is outstanding against the defendant, this matter is referred to the United States Probation Department to determine if a probation violation has occurred.

Based on the foregoing, IT IS HEREBY ORDERED that this matter is referred to the United States Probation Department for a potential probation violation. If the Probation believes that a violation of probation has occurred, the Probation Department shall prepare and distribute a probation violation report on or before July 5, 2018.

IT IS SO ORDERED.

Dated: **June 18, 2018**

UNITED STATES MAGISTRATE JUDGE